

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2020

No. 04-20-00608-CV

**IN RE CITY OF SAN ANTONIO**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Beth Watkins, Justice

On December 18, 2020, relator filed a petition for writ of mandamus and a motion requesting emergency relief asking this court to stay a temporary injunction hearing scheduled for 1:30 p.m. that same day.  The motion requesting emergency relief is **DENIED**.

It is so **ORDERED** on December 21, 2020.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2020-CI-23536, styled *RCI Entertainment (San Antonio) Inc., d/b/a XTC Cabaret v. City of San Antonio*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.